### COLLIER v. WAUGH ET AL.

From the Boone Circuit Court.

*W. B. Walls*, for appellant.

HOWK, C. J.—The questions for decision in this case are substantially the same as those which are considered and decided by this court, in the case of *Collier* v. *Waugh*, 64 Ind. 456.

Upon the authority of the case cited, the judgment in this case is affirmed, at the appellant's costs.

---

### THE LOGANSPORT, CRAWFORDSVILLE AND SOUTH-WESTERN R. W. CO. v. BRADEN.

From the Montgomery Circuit Court.

*R. B. F. Peirce*, for appellant.

*L. Wallace* and *G. D. Hurley*, for appellee.

BIDDLE, J.—Suit commenced before a justice of the peace, on a promissory note ; appeal to the circuit court ; trial ; finding, and judgment for the appellee, who was plaintiff below. Attachment proceedings accompanied the main action.

The sole question made in the case is upon the sufficiency of the evidence to sustain the finding upon the attachment.

With evidence in the record tending to support all the points necessary to sustain a finding, as in this case, it must appear to us clearly that injustice has been done to the complaining party, or we can not reverse the judgment. Although the evidence, as to some points, is weak, under the rule governing our appellate court, we can not say that the finding is wrong.

The judgment is affirmed, at the costs of the appellant.